UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )   Case No. 3:05-CR-00087-01-RRB
v.                        )
                          )
DWAYNE DOLLISON JR.,      )
                          )
        Defendant.        )
                          )

**JUDGMENT OF DISCHARGE**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___X___ The court has granted the motion of the government for dismissal with prejudice of the offenses of Felon in Possession of a Firearm as charged in counts 1, 2, & 3 of the Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

DATED at Anchorage, Alaska, this 15t day of February, 2006.

                    **REDACTED SIGNATURE**
                    _____
                    RALPH R. BEISTLINE
                    United States District Judge

[JudgmentDischarge.frm]{DISCHARG.WPD*Rev.07/03}